**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVEK SHARMA,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-5637-SK<br>**ORDER GRANTING UNOPPOSED PETITION** |

The unopposed petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is granted.[1] Petitioner VIVEK SHARMA (A# 226-129-551) is ORDERED RELEASED from physical custody forthwith under the same terms as in his August 2024 order of release on recognizance.

Judgement in Petitioner's favor will be entered accordingly.

IT IS SO ORDERED.

DATED: October 2, 2026

STEVE KIM
United States Magistrate Judge

[1] The Court has been told that the United States Attorney's Office is adopting a practice and policy of making no appearance—and filing no answer, even one that contains a non-opposition statement—if Respondents have no intent to oppose a given immigration habeas petition after the Office has screened the petition on the merits.