**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVEK SHARMA,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-5637-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted with VIVEK SHARMA (A# 226-129-551) released from physical custody forthwith under the same terms as in his August 2024 order of release on recognizance.

DATED: October 2, 2026

STEVE KIM
United States Magistrate Judge